# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILMA HANCOCK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CAUSE NO. 06-871-WDS** |
| ) | |
| **MERCK & CO., INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 8, 2006.**


                                              **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**


Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Case No. 06-871-GPM.